THOMAS E. SLATER et al., Appellants, v. NEW YORK STATE ELECTRIC & GAS CORPORATION, Respondent.— In this suit for the rescission of the grant of an option for an easement for a pole-line right of way, based upon fraud, the trial was had by the court and without a jury. Judgment was rendered for a dismissal of the complaint upon the merits. This was in pursuance of a finding by the trial court that plaintiffs' proofs failed to establish the fraud alleged. On the proofs submitted such finding was amply sustained. The judgment appealed from should be affirmed. Judgment affirmed, without costs. Hill, P. J., Bliss, Heffernan, Schenck and Brewster, JJ., concur. [See post, p. 1017.]

JOSEPH TAGLIAFERRI, Respondent, v. CHARLES SPENCER, Appellant.— Defendant appeals from a judgment against him and in favor of the plaintiff for the sum of $6,841, entered upon the verdict of a jury in the Chemung County Clerk's office on the 17th day of May, 1943, and from an order denying defendant's motions to set aside the verdict and for a new trial. The judgment was for recovery of damages for personal injuries sustained by plaintiff when, while walking across College Avenue at or near its intersection with Thurston Street in the city of Elmira, he was struck by an automobile owned and operated by defendant. The trial jury was, by agreement, selected in a room near the trial courtroom when another trial was in progress before the Trial Justice. The rulings upon the allowance of certain challenges made to prospective trial jurors and which are questioned by appellant, exist only in the joint assumption of counsel as to what the rulings would have been if the matter had been presented to the Justice presiding. As such they are not reviewable on appeal. The evidence was such as to constitute the question of plaintiff's contributory negligence one of fact and the jury's finding that it was nonexistent had sufficient evidence to support it. The verdict was not for excessive damages. Judgment and order affirmed, with costs. Hill, P. J., Bliss, Heffernan, Schenck and Brewster, JJ., concur. [See post, p. 1007.]

GRACE HEDRICK, Respondent, v. IRA FULTZ et al., Appellants.— Each defendant appeals from a judgment in favor of the plaintiff against the defendants for the sum of $2,139.50, entered upon the verdict of a jury in the Chemung County Clerk's office on the 1st day of June, 1943, and from an order denying the motions of the defendants for a new trial. The action was brought by plaintiff to recover damages for personal injuries sustained by reason of the negligence of defendants when an automobile owned and operated by the defendant Davidson, in which plaintiff was a passenger, collided with an automobile owned and operated by the defendant Fultz at the intersection of the Geneva-Watkins road and the old macadam road leading to Rock Stream. The issues presented were for the jury. The charge of the Trial Justice and his rulings excusing jurors challenged by the plaintiff were proper. There is ample evidence to sustain the verdict and the judgment and order appealed from should be affirmed. Judgment and order affirmed, with costs. Hill, P. J., Bliss, Heffernan, Schenck and Brewster, JJ., concur.